IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    vs.<br><br>PRUDENCIO MANTANONA,<br><br>                  Defendant. | CRIMINAL CASE NO. 98-00310<br><br>**ORDER TO REDUCE TERM OF IMPRISONMENT TO TIME SERVED** |

**BEFORE THE COURT** is a motion filed by the United States of America and the Director of the Federal Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of the defendant, Prudencio Mantanona, to time served, and commencement of his 60-month term of supervised release previously imposed. The Court finds:

1. Defendant Prudencio Mantanona was found guilty on February 17, 1999 of violating 21 U.S.C. §§ 952(a), 960, and 963, Conspiracy to Import Crystal Methamphetamine aka "Ice" (Count I); 21 U.S.C. §§ 952(a) and 960, and 18 U.S.C. § 2, Importation of Crystal Methamphetamine (Count II); 21 U.S.C. §§ 841(a) (1) and 846, Conspiracy to Possess Crystal Methamphetamine with Intent to Distribute (Count III); and 21 U.S.C. §§ 841(a) (1) and 846, Attempt to Possess Crystal Methamphetamine with Intent to Distribute (Count IV).

2. On May 25, 1999, the Defendant was sentenced to 360 months of imprisonment with 60 months of supervised release.

3. The Defendant is considered to be an elderly inmate with medical conditions. He is 83 years old, has served more than 70 percent of his sentence, and is experiencing deteriorating physical health that substantially diminishes his ability to function in a correction facility.

4. Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the Court, upon motion of the Director of the Federal Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction. The Director of the Federal Bureau of Prisons contends, and this Court agrees, that the defendant's status as an elderly inmate with medical conditions constitutes extraordinary and compelling reasons warranting the requested reduction.

There being no objection from the Bureau of Prisons or the Government, **IT IS ORDERED** that the defendant's term of imprisonment is hereby reduced to the time he has already served.

**IT IS FURTHER ORDERED** that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and travel arrangements can be made.

**IT IS FURTHER ORDERED** that upon his release from the custody of the Federal Bureau of Prisons, the defendant shall begin serving the 60-month term of supervised release previously imposed. In light of Defendant's condition, the Court will entertain a motion for early termination of supervised release if a year passes without any report of violation by Defendant.

**SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Jul 07, 2020